**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RONALD TEDFORD,**

    **Plaintiff,**

**v.**                                                              **Case No.  8:05-cv-1017-T-30TGW**

**UNITED STATES OF AMERICA, VICTOR**
**J. BILOTTA, M.D. and GARY S. GUSTIN,**
**P.A.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant United States of America's (hereinafter "Defendant USA") Motion for Substitution of Parties (Dkt. 10-1) and Plaintiff's Response thereto (Dkt. 13).  Pursuant to 28 U.S.C. § 2679(d)(1)

> [u]pon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a United States district court shall be deemed an action against the United States under the provision of this title and all references thereto, and the United States shall be substituted as the party defendant.

28 U.S.C. § 2679(d)(1) (2005).  Defendant USA has provided such certification (Dkt. 10).

It is therefore ORDERED AND ADJUDGED that:

1.    Defendant United States of America's Motion for Substitution of Parties (Dkt. 10-1) is **GRANTED.**

2. Defendant United States of America is substituted as the sole party defendant.

3. The Clerk is ordered to terminate Defendant Victor J. Bilotta, M.D. and Defendant Gary S. Gustin, P.A. as parties to this action.

4. The United States of America shall file a responsive pleading within twenty (20) days.

**DONE** and **ORDERED** in Tampa, Florida on September 21, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1017 Motion to Substitute Parties.frm