**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RONALD TEDFORD,**

    **Plaintiff,**

v.                                              Case No.  **8:05-cv-1017-T-30TGW**

**UNITED STATES OF AMERICA, VICTOR**
**J. BILOTTA, M.D. and GARY S. GUSTIN,**
**P.A.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Default Judgment Against Defendant United States of America Pursuant to Rule 55 of the Fed. R. Civ. P (Dkt. 11) and Defendant United States of America's Response thereto (Dkt. 12).  After a careful review of the docket, this Court finds Plaintiff has failed to properly effectuate service upon the United States of America as provided in Federal Rule of Civil Procedure 4(i)(1).  See Fed. R. Civ. P. 4(i)(1) (2005).  It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion for Default Judgement be **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on September 21, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1017 Motion for Default Denial.frm