AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## JUDGMENT IN A CIVIL CASE

RONALD TEDFORD

    Plaintiff,

VS.   CASE NUMBER: 8:05-cv-1017-T-30TGW

UNITED STATES OF AMERICA

    Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a directed verdict has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant, United States of America, and against Plaintiff, Ronald Tedford.

January 7, 2008

    SHERYL L. LOESCH, CLERK

    BY _____
           Deputy Clerk